DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
DELEON, JANELLE RE

Case No. 05-10668-FLK13

Debtor

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $141.52, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| DELEON, JANELLE RE | 35306 S FINLEY RD KENNEWICK, WA 99337 | $141.52 |

Dated: June 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt #874659      7-8-10      $141.52